# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: MJ-21-293-AMG |
| ) | |
| GREG ALLEN HENKE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Greg Allen Henke.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

May 17, 2021

s/ William P. Earley
WILLIAM P. EARLEY
FEDERAL PUBLIC DEFENDER
Oklahoma Bar Number: 11293
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: William_Earley@fd.org
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Bow Bottomly, Assistant United States Attorney.

s/ William P. Earley
WILLIAM P. EARLEY