IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                               ) | |
|    Plaintiff,                       ) | |
|                                               ) | |
| v.                                         ) | Case No. M-21-293-AMG |
|                                               ) | |
| GREG ALLEN HENKE,           ) | |
|                                               ) | |
|    Defendant.                   ) | |

## ORDER

Upon receipt of Defendant's status report, it appears that a mental health assessment cannot be arranged with the Oakwood Springs Hospital. Defense counsel noted that a psychological evaluation could not be scheduled or completed before May 27, 2021. The Court encourages Defendant to arrange for such an evaluation if feasible. The Court notes that any in-patient treatment program should require a minimum of thirty days of residential treatment, but the Court will also consider any recommendations regarding a residential program from the psychological evaluation's assessment, should one be arranged.

The Court understands the significant financial burden this may impose, and shares the frustration of no longer having a contracted provider where a pretrial defendant such as Mr. Henke can seek mental health treatment. Because of the Court's concerns about Defendant posing a danger

to himself or others, and because he has not rebutted the presumption of detention under the Bail Reform Act, 18 U.S.C. § 3142(e)(2), the Court orders Defendant to be detained pending further order of this Court. The parties must submit a joint status report on or before June 30, 2021.

IT IS SO ORDERED this 27th day of May, 2021.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE